IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M. DAVID/MATT NORWAY,

    Petitioner,               No. CIV S-05-0480 FCD DAD P

    vs.

MATTHEW C. KRAMER, et al.,

    Respondents.        ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with this action. By order filed March 22, 2005, petitioner's habeas petition was dismissed with leave to amend. Petitioner was granted thirty days to file an amended petition and to pay the filing fee or submit a properly completed in forma pauperis application on the form provided by the court. Six days after the order was filed, the court received from petitioner an uncaptioned document that consists of sentence fragments and an incomplete signature. Petitioner has not filed an amended petition and has not paid the filing fee or submitted an in forma pauperis application. In light of petitioner's pro se status, the court will construe the March 28, 2005 filing as a request for extension of time.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's March 28, 2005 filing, construed as a request for extension of time, is granted; and

1  2. Petitioner is granted thirty days from the date of this order in which to file an
2  amended petition and to pay the $5.00 filing fee or submit a properly completed application to
3  proceed in forma pauperis.
4  DATED: May 17, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
davi0480.111

2