IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M. DAVID/MATT NORWAY,

    Petitioner,                                 No. CIV S-05-0480 FCD DAD P

    vs.

MATTHEW C. KRAMER, et al.,

    Respondents.                           FINDINGS AND RECOMMENDATIONS

_____/

        By order filed March 22, 2005, petitioner's habeas petition was dismissed with leave to amend. Petitioner was ordered to file an amended petition within thirty days. Petitioner was also ordered to pay the filing fee or submit a properly completed in forma pauperis application within thirty days. Plaintiff was cautioned that failure to comply with the order could result in a recommendation that this action be dismissed without prejudice. On May 18, 2005, petitioner was granted an additional thirty days to comply with the court's order. The time period has now expired, and petitioner has not filed an amended habeas petition and has neither paid the filing fee nor submitted a properly completed in forma pauperis application. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg/13
davi0480.fpf&fta