IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M. DAVID/MATT NORWAY,

    Petitioner,        No. CIV S-05-0480 FCD DAD P

    vs.

MATTHEW C. KRAMER, et al.,

    Respondents.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 30, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has submitted for filing an untitled document dated July 7, 2005, in which he states that he chose not to respond to the magistrate judge's order granting him an extension of time to file an amended petition and submit either the $5.00 filing fee or a properly completed application to proceed in forma pauperis. Petitioner's document will be construed as objections to the findings and recommendations.

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 30, 2005, are adopted in full; and

2. This action is dismissed without prejudice.

DATED: July 29, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge